# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JASON J. BARDONER  
22823 MATTHEW ROAD  
STERLING, IL  61081  

SSN-xxx-xx-9552

Case Number: 05-71556

Case filed on: 4/4/2005  
Plan Confirmed on: 6/10/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $42,000.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 215 | FAIRLANE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JASON J. BARDONER | 0.00 | 0.00 | 52.84 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 52.84 | 0.00 |
| 002 | KEVIN OLSON | 20,000.00 | 20,000.00 | 20,000.00 | 3,166.02 |
| 003 | MABLE BUTTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | OCWEN LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | SAUK VALLEY BANK | 5,777.00 | 5,777.00 | 5,777.00 | 1,334.64 |
| 007 | SAUK VALLEY BANK | 4,833.00 | 4,833.00 | 4,833.00 | 1,152.66 |
|  | Total Secured | 30,610.00 | 30,610.00 | 30,610.00 | 5,653.32 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | MILLENINIUM WASTE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SAUK VALLEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 954.25 | 954.25 | 954.25 | 59.70 |
| 009 | RRCA ACCOUNTS MANAGEMENT INC | 125.00 | 125.00 | 125.00 | 7.80 |
| 010 | JENNIFER BARDONER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RRCA ACCOUNTS MANAGEMENT INC | 93.96 | 93.96 | 93.96 | 5.85 |
| 012 | RRCA ACCOUNTS MANAGEMENT INC | 63.80 | 63.80 | 63.80 | 4.05 |
| 013 | RRCA ACCOUNTS MANAGEMENT INC | 13.51 | 13.51 | 13.51 | 0.90 |
| 014 | CHECK IT | 167.78 | 167.78 | 167.78 | 0.00 |
| 015 | FAIRLANE CREDIT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RRCA ACCOUNTS MANAGEMENT INC | 299.71 | 299.71 | 299.71 | 18.75 |
|  | Total Unsecured | 1,718.01 | 1,718.01 | 1,718.01 | 97.05 |
|  | Grand Total: | 33,528.01 | 33,528.01 | 33,580.85 | 5,750.37 |

Total Paid Claimant: $39,331.22  
Trustee Allowance: $2,668.78  
Percent Paid Unsecured: 100.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  10/30/2008            By   /s/Heather M. Fagan